Jan **HEDMAN,** Appellant,

v.

**NORTHWEST AIRLINES,** Appellee.

No. 08–2149.

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2009.

Filed: July 16, 2009.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Jan Hedman appeals the district court's[1] order dismissing his complaint for lack of subject matter jurisdiction. After de novo review, *see Hastings v. Wilson,* 516 F.3d 1055, 1058 (8th Cir.2008), we conclude the dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.